In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00154-CR**
_____

**DEWAYNE LEE WALDRUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-10-12141-CR**

## ORDER

Appellant Dewayne Lee Waldrup filed a motion to abate the appeal and remand the case for written findings of fact and conclusions of law. The State has not filed an objection to an abatement. The trial court made some oral findings at the conclusion of the hearing on the motion to suppress, but additional findings may assist this Court in addressing the appeal. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (the trial court may state its essential findings on the record at the conclusion of the hearing).

1

Accordingly, it is ORDERED that the appeal is abated and the case is remanded to the trial court for entry of findings of fact and conclusions of law on the trial court's essential findings on the issues raised in the hearing of appellant's motion to suppress. *See* Tex. R. App. P. 44.4. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law are due to be filed in this Court by March 3, 2022. *See* Tex. R. App. P. 34.5(c)(2). All appellate timetables are suspended pending filing of the supplemental clerk's record with this Court. The appeal will be reinstated without further order when the supplemental clerk's record is filed with the appellate court. The brief of the appellant is due thirty days after the supplemental clerk's record is filed. Requests for briefing extensions will be strongly disfavored.

ORDER ENTERED February 1, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2